**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID C. TRAVIS,
a/k/a CHRISTOPHER TRAVIS,
an individual,

      Plaintiff,

v.

SYNCHRONY BANK,
f/k/a GE CAPITAL RETAIL BANK,
a foreign for-profit corporation, and
THE GAP STORES, INC.,
a/k/a THE GAP, INC.,
a foreign for-profit corporation,

      Defendants.
_____/

Case No.: 8:17-cv-00179-EAK-AEP

## NOTICE OF PENDING SETTLEMENT

**COMES NOW,** Plaintiff, DAVID C. TRAVIS, a/k/a CHRISTOPHER TRAVIS (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

    1.    Plaintiff and Defendants, SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK, and THE GAP STORES, INC., a/k/a THE GAP, INC. (hereinafter, "Defendants"), reached a conditional settlement regarding all claims in this case as to Defendants; the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation

for Dismissal with Prejudice.

3.	To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with counsel for Defendants, and Defendants agree to the relief sought herein.

Dated:  April 18, 2018

> Respectfully submitted,
>
> **LEAVENLAW**
>
> /s/ Ian *R. Leavengood*
> **Ian R. Leavengood, Esq., FBN 010167**
> **Gregory H. Lercher, Esq., FBN 106991**
> **Sean E. McEleney, Esq., FBN 125561**
> Northeast Professional Center
> 3900 First Street North, Suite 100
> St. Petersburg, FL 33703
> Phone:   (727) 327-3328
> Fax:       (727) 327-3305
> consumerservice@leavenlaw.com
> glercher@leavenlaw.com
> smceleney@leavenlaw.com
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2018, I electronically served the foregoing *Notice of Pending Settlement* on the following counsel of record:

> Marc T. Parrino, Esq.
> Siobhan E. P. Grant, Esq.
> Liebler, Gonzalez & Portuondo
> Courthouse Tower – 25th Floor
> 44 West Flagler Street
> Miami, FL 33130
> mtp@lgplaw.com
> jbr@lgplaw.com
> *Attorneys for Defendants, Synchrony Bank f/k/a GE Capital Retail Bank, and The Gap Stores, Inc., a/k/a The Gap, Inc.*

Justin M. Sizemore, Esq.
Reed Smith LLP
901 East Byrd Street,  Suite 1700
Richmond, VA 2329
Timony M. Relich, Esq.
Reed Smith LLP
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222-4899
trelich@reedsmith.com
*Attorneys for Defendants, Synchrony Bank f/k/a GE Capital Retail Bank, and The Gap Stores, Inc., a/k/a The Gap, Inc.*

                                                    /s/ *Ian R. Leavengood*
                                                  Attorney