# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVID C. TRAVIS,
a/k/a CHRISTOPHER TRAVIS,　　　　　　　　　　Case No.: 8:17-cv-00179-EAK-AEP
an individual,

　　　　Plaintiff,
v.

SYNCHRONY BANK,
f/k/a GE CAPITAL RETAIL BANK,
a foreign for-profit corporation, and
THE GAP STORES, INC.,
a/k/a THE GAP, INC.,
a foreign for-profit corporation,

　　　　Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, DAVID C. TRAVIS, a/k/a CHRISTOPHER TRAVIS, and Defendants, SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK and THE GAP STORES, INC., a/k/a THE GAP, INC., by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action, with prejudice. By agreement, each side shall bear its own costs and attorneys' fees pursuant to the terms of a confidential settlement.

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **LIEBLER GONZALEZ & PORTUONDO** |
| /s/ *Ian R. Leavengood* | /s/ *Siobhan E. P. Grant* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Marc T. Parrino, Esq., FBN 018197** |
| **Gregory H. Lercher, Esq., FBN 106991** | **Siobhan E. P. Grant, Esq., FBN 068892** |
| **Sean E. McEleney, Esq., FBN 125561** | Courthouse Tower- 25th Floor |
| Northeast Professional Center | 44 West Flagler Street |
| 3900 First Street North, Suite 100 | Miami, FL 33130 |

St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
glercher@leavenlaw.com
smceleney@leavenlaw.com
*Attorneys for Plaintiff*

Phone: (305) 379-0400
Fax: (305) 379-9626
mtp@lgplaw.com
sepg@lgplaw.com
*Attorneys for Defendants Synchrony Bank, f/k/a GE Capital Retail Bank, and The Gap Stores, Inc., a/k/a The Gap, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 25, 2018, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Marc T. Parrino, Esq.
Siobhan E. P. Grant, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
mtp@lgplaw.com
sepg@lgplaw.com
*Attorneys for Defendants, Synchrony Bank f/k/a GE Capital Retail Bank, and The Gap Stores, Inc., a/k/a The Gap, Inc.*

/s/ *Ian R. Leavengood*
Attorney